UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM BANK, F.S.B.,

      Plaintiff,                        Case No. 15-10198

v.                                          Hon. Robert H. Cleland

LARRY LUKOVICH,

      Defendant.

_____/

**CONSENT JUDGMENT AS TO DAMAGES**

On September 21, 2015, upon stipulation of the parties, the Court entered a CONSENT JUDGMENT AS TO LIABILITY ONLY AND EXTENSION OF DISPOSITIVE MOTION CUTOFF DATE (DN 12), leaving only the issue of damages for further disposition by the Court.  The parties have now stipulated to a disposition of the remaining issue, and the Court is otherwise advised in the premises;

NOW, THEREFORE,

IT IS ORDERED that judgment be, and hereby is, granted in favor of Plaintiff STATE FARM BANK, F.S.B. and against Defendant LARRY LUKOVICH in the amount of $185,000.00, plus interest as provided by law.

                                          S/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: March 9, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 9, 2016, by electronic and/or ordinary mail.

                            S/Lisa Wagner
                            Case Manager and Deputy Clerk
                            (313) 234-5522

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STATE FARM BANK, F.S.B.,

       Plaintiff,

v.

LARRY LUKOVICH,

       Defendant.

Case No. 15-10198
Hon. Robert H. Cleland

## STIPULATION TO
## ENTRY OF CONSENT JUDGMENT AS TO DAMAGES

The parties, by counsel, stipulate to the entry of the proposed Consent Judgment as to Damages, a copy of which is attached.

| | |
|---|---|
| ABBOTT NICHOLSON P.C. | BEADLE SMITH, PLC |
| By:/s/Daniel G. Kielczewski | By:/s/with consent of Thomas L. Beadle |
| 300 River Place, Suite 3000 | Attorneys for Defendant |
| Detroit, Michigan 48207-4225 | 445 S. Livernois Road, Suite 305 |
| (313) 566-2500 | Rochester Hills, MI 48307 |
| dgkielczewski@abbottnicholson.com | (248) 650-6094 |
| Attorney No. P42875 | tbeadle@bbssplc.com |
| | Attorney No. P39203 |

4835-6263--8637, v. 1